# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jinnifer D. Ambrose                                      Docket No. 5:16-MJ-1005-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jinnifer D. Ambrose, who was placed under Pretrial Release Supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 30th day of December, 2016. Defendant was placed on home incarceration as a condition of her Pretrial Release Conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 29, 2017, the defendant was supposed to attend substance abuse treatment at Unlimited Access in Dunn, NC. According to Total Access, Ambrose left her home at 5:38 pm and did not return until 9:10 pm. The on call probation officer was notified at 9:10 pm when she did not return at her scheduled return time of 8:30 pm. This officer contacted her on next business day to inquire why she was late. Ambrose stated to this officer that their vehicle ran out of gas when returning home from her treatment class. On May 30, 2017, this officer contacted Grady Blue at Unlimited Access, who confirmed Ambrose was not present for her treatment class on May 29, 2017. On May 31, 2017, a home visit was conducted to confront defendant and check her location monitoring equipment. Ambrose admitted she did not go to treatment, but went to her father's home for a cook out instead. Officer verbally admonished defendant for leaving for something other than treatment and further lying about it.

**PRAYING THAT THE COURT WILL ORDER** a hearing held to determine if the defendant's bond should be revoked.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Marla Bianco |
| Eddie J. Smith | Marla Bianco |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910.354.2535 |
| | Executed On: June 01, 2017 |

**Jinnifer D. Ambrose**
**Docket No. 5:16-MJ-1005-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the  5th   day of   June           , 2017, and ordered filed and made part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge